IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GEARY B. KATZ | * | Case No. 14-10356-DER |
| | * | Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| MICHAEL G. WOLFF, TRUSTEE | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 16-0121-DER |
| GINA KATZ | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO JUDGMENT

Gina Katz, by her undersigned counsel, does hereby consent to the entry of a Judgment allowing the bankruptcy trustee in the case Geary B. Katz to sell the entirety of the property located at 1508 Marker Road, Middletown, Maryland 21769 (the "Property").  In entering into this consent, Gina Katz acknowledges that she will not receive any proceeds from the sale.  In entering into this consent, it is Gina Katz's understanding that her consent to this Judgment does not create any obligations on her part and does not give anyone any rights to collect any amounts from her; rather, she is only consenting to the sale of the Property

Respectfully submitted,

[Signature on following page]

/s/ Jason P. Gerstein
JASON P. GERSTEIN
Diamant Gerstein, LLC
6110 Executive Boulevard
Suite 1050
Rockville, Maryland  20852
(301) 335-5123
jason@dgalawfirm.com

Attorneys for Gina B. Katz


PLAINTIFF HEREBY ACCEPTS DEFENDANT'S CONSENT TO JUDGMENT


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Goren, Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20852
(301) 984-6266
jorenstein@gwolaw.com

Attorneys for Plaintiff


CERTIFICATION OF SIGNATURES


I HEREBY CERTIFY that the terms of this Consent to Judgment are identical to those set forth in the original and that the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original.


/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this  28th   day of March, 2016, a copy of the foregoing was sent via first class mail, postage prepaid, or if so indicated on the ECF receipt, via electronic mail to: Jason P. Gerstein, Esq., Diamant Gerstein, LLC, 6110 Executive Boulevard, Suite 1050, Rockville, Maryland  20852; and Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770.

                                                \s\ Jeffrey M. Orenstein
                                                Jeffrey M. Orenstein