

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GEARY B. KATZ | * | Case No. 14-10356-DER |
| | * | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MICHAEL G. WOLFF, TRUSTEE | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 16-0121-DER |
| GINA KATZ | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF JUDGMENT

In accordance with the Consent to Judgment filed by the parties to this action, it is this day by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that Judgment be, and hereby is, entered in favor of Plaintiff and against Defendant, Gina Katz, as to Count I of Plaintiff's Complaint to Sell Property Free and Clear of Interest of Non-debtor Co-Owner; and it is further

ORDERED, that upon the entry of an Order approving the sale of the improved real property located at 1508 Marker Road, Middletown, Maryland 21769 (the "Property"), Plaintiff shall be authorized to sell the entirety of the Property, including Defendant's interest in the Property; and it is further

ORDERED, that the Clerk is directed to enter the Judgment in the Court's records.

cc:  Jeffrey M. Orenstein, Esq.
     Goren, Wolff & Orenstein, LLC
     Shady Grove Plaza
     15245 Shady Grove Road
     Suite 465
     North Lobby
     Rockville, Maryland 20850

     Jason P. Gerstein, Esq.
     Diamant Gerstein, LLC
     6110 Executive Boulevard
     Suite 1050
     Rockville, Maryland  20852

**END OF ORDER**